## GUFFEY *v.* SUSANNAH SMITH.

### CERTIORARI TO THE CIRCUIT COURT OF APPEALS FOR THE SEVENTH CIRCUIT.

No. 87.     Argued December 2, 3, 1914.—Decided April 5, 1915.

Decided on authority of *Guffey* v. *Smith, ante,* p. 101.

THE facts are stated in the opinion.

*Mr. Joseph Bailey* and *Mr. J. H. Beal,* with whom *Mr. Robert J. Dodds* was on the brief for petitioner.

*Mr. J. A. Hindman* for respondent.

MR. JUSTICE VAN DEVANTER delivered the opinion of the court.

This case is in all material respects like that of *Guffey* v. *James A. Smith,* just decided. The two cases were argued together and the views expressed in that are decisive of this.

The decrees below are reversed and the case is remanded to the District Court with like directions as in that case.

*Decree reversed.*